DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JEREMY BELSER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-2484

[October 25, 2017]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Paul L. Backman, Judge; L.T. Case Nos. 06-3323CF10A and 06-9320CF10A.

Jeremy Belser, Okeechobee, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed. See Baker v. State*, 904 So. 2d 505 (Fla. 4th DCA 2005).

GERBER, C.J., WARNER and GROSS, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***